# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CONCEPCION PIERSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-3146-S-BN |
| | § | |
| REVERSE MORTGAGE | § | |
| SOLUTIONS INC., SEATTLE | § | |
| BANK, and MACKIE WOLF | § | |
| ZIENTZ & MANN PC | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendants Reverse Mortgage Solutions, Inc. and Mackie Wolf Zientz & Mann, P.C. are dismissed from this action without prejudice.

**SO ORDERED.**

SIGNED February 24, 2022.

_____
**UNITED STATES DISTRICT JUDGE**